**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| QUINTO DEBRAN SPENCER | ) | Case No. 20-31478-KRH |
| | ) | Chapter 13 |
| Debtor | ) | |

## NOTICE OF MOTION TO EXTEND THE AUTOMATIC STAY AND HEARING

The above-named Debtor, by counsel, has filed a Motion to Extend the Automatic Stay with the Court pursuant to 11 U.S.C. § 362(c)(3)(B). Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one.

**NOTICE IS HEREBY GIVEN THAT A HEARING ON THIS MOTION WILL BE HELD ON April 8, 2020 at 12:00 p.m. in Honorable Judge Kevin R. Huennekens' Courtroom, U.S. Bankruptcy Court, 701 E. Broad Street, Room 5000, Richmond, VA 23219.**

If you want to be heard on this matter, then no later than three (3) days before the date of the hearing, you or your attorney must:

1. File with the court, at the address below, a written response pursuant to Local Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

        Clerk of Court
        United States Bankruptcy Court
        701 E. Broad Street, Room 4000
        Richmond, VA 23219-3515

2. You must also mail a copy to:

        James E. Kane, Esquire
        Kane & Papa, PC
        P.O. Box 508
        Richmond, VA  23218

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

        Respectfully submitted,

        QUINTO DEBRAN SPENCER
        By Counsel

/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
Counsel for Debtor

## CERTIFICATE OF SERVICE

     I certify that on March 25, 2020, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtors, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, all attorneys appearing in the previous case as listed below, and to all creditors and parties in interest of the mailing matrix attached hereto.

                                  /s/ James E. Kane
                                  Counsel for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| QUINTO DEBRAN SPENCER | ) | Case No. 20-31478-KRH |
| | ) | Chapter 13 |
| Debtor | ) | |

## MOTION TO EXTEND AUTOMATIC STAY

COMES NOW the Debtor, by counsel, pursuant to 11 U.S.C. § 362(c)(3)(B) and files the following Motion to Extend Automatic Stay, and affirmatively states as follows:

### Jurisdiction

1. Jurisdiction of this Court over the instant matter is based upon 28 U.S.C. §§ 1334 and 157 in that this action arises in and relates to the bankruptcy case of the Debtor.

2. This proceeding is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (B), (K), and (O).

3. Venue is proper pursuant to 28 U.S.C. § 1409.

4. On March 16, 2020 (hereinafter the "Petition Date"), the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code (the "instant case").

5. Within the year prior to filing the instant case, Debtor has been a debtor in one (1) pending Chapter 13 bankruptcy case.

WHEREFORE, the Debtor respectfully requests this Honorable Court to enter an Order extending the automatic stay as to all creditors, as to Debtor and the Debtor's property, and as to

James E. Kane (VSB# 30081)
KANE & PAPA, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

3

the property of the estate for the duration of the instant case, and for such other and further relief as to the Court shall be deemed appropriate.

        Respectfully submitted,

        QUINTO DEBRAN SPENCER

        By Counsel:

        /s/ James E. Kane
        James E. Kane (VSB# 30081)
        KANE & PAPA, P.C.
        P. O. Box 508
        Richmond, Virginia 23218-0508
        Telephone (804) 225-9500
        *Counsel for Debtor*

## **CERTIFICATE OF SERVICE**

        I certify that on March 25, 2020, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, all attorneys appearing in the previous case as listed below, and to all creditors and parties in interest of the mailing matrix attached hereto.

        /s/ James E. Kane
        Counsel for Debtor

```
ADT Security
PO Box 650485
Dallas, TX 75265


BCC Financial
PO Box 590067
Fort Lauderdale, FL 33359


Bon Secours Memorial
8260 Atlee Road
Mechanicsville, VA 23116


Bon Secours Saint Marys Hosp
8550 Mayland Drive
Richmond, VA 23290


Bons Secours Health System
7001 Forest Avenue
Suite 2500
Richmond, VA 23230


Cawthorn, Deskevich & Gavin
9701 Metropolitan Court
Suite C
Richmond, VA 23226


Centra Southside Comm. Hosp.
800 Oak St
Farmville, VA 23901


Check City
21 E Broad Street
Richmond, VA 23219


City of Richmond
Division of Delinquent Collect
P.O. Box 26508
Richmond, VA 23261


City of Richmond
Dept of Public Utilities
900 E. Broad St.
Richmond, VA 23219
```

City of Richmond- Tax
Bureau of Tax Enforcement
900 East Broad St. Room 109
Richmond, VA 23219


Diversified
10550 Deerwood Park Blvd
Jacksonville, FL 32256


Eos Cca
Po Box 981008
Boston, MA 02298


ER Solutions/Convergent Outsourcing, INC
Po Box 9004
Renton, WA 98057


Horizon Fin
8585 Broadway #88
Merrillville, IN 46410


IC System, Inc
Attn: Bankruptcy
Po Box 64378
Saint Paul, MN 55164


Internal Revenue Service
Centralized Insolvency Operati
P. O. Box 7346
Philadelphia, PA 19101-7346


Loyd A. Bonner, MD
2401 W Leigh St #200
Richmond, VA 23220


MCV Collection Department
PO Box 980462
Richmond, VA 23298


Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

```
Pmab Srvc
4135 S Stream Blvd Ste 4
Charlotte, NC 28217


Primary Health Care Associates
7007 Harbour View Boulevard
STE 108
Suffolk, VA 23435


Radiology Consultants of Lynch
PO Box 580085
Charlotte, NC 28258


Time Payment Corporation
16 NE Executive Park #200
Burlington, MA 01803
```